

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00235-CV

Yolanda Jaime **BERRELEZ**,
Appellant

v.

**MESQUITE LOGISTICS USA, INC**.,
Appellee

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 14-10-12408-DCV
Honorable Ron Carr, Judge Presiding

## O R D E R

On June 8, 2017, this court notified court reporter Susan Villanueva that the reporter's record was late and she must file a notification of late record by June 19, 2017, or the reporter's record not later than July 10, 2017. *See id.* R. 37.3(a)(1). To date, this court has not received a notification of late record and the reporter's record has not been filed.

We ORDER court reporter Susan Villanueva to file the reporter's record in this court **not later than FIFTEEN DAYS from the date of this order**. *See id.* R. 35.3(c).

If the reporter's record is not filed as ordered, a show cause order shall issue directing Susan Villanueva to appear on a day certain and show cause why he should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

We direct the clerk of this court to cause a copy of this order to be served on Susan Villanueva by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

Luz Estrada
Chief Deputy Clerk